# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN COVER DESIGN 26 INC <br><br> PLAINTIFF(S) <br><br> v. <br><br> LA TRIM AND RUGS, INC. , et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:19−cv−01211−AB−MAA <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 2/20/2019 | 10 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The name and address of the attorney for plaintiff(s) must be entered in the appropriate field.

*Other Error(s):*

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: February 22, 2019    By: /s/ *Grace Kami  grace_kami@cacd.uscourts.gov*
                                Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**