| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Daniel C. Cotman (SBN 218315) <br> dan@cotmanlaw.com <br> Edward C. Schewe (SBN 143554) <br> ed@cotmanlaw.com <br> COTMAN IP LAW GROUP, PLC <br> 35 Hugus Alley, Suite 210 <br> Pasadena, CA 91103 <br> TEL: (626) 405-1413 FAX: (626) 316-7577 | |
| ATTORNEY(S) FOR: Defendant LA Trim & Rugs, Inc. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| AMERICAN COVER DESIGN 26, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> LA TRIM & RUGS, INC., <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:19-cv-01211-AB-MAA <br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for LA TRIM & RUGS, INC. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| AMERICAN COVER DESIGN 26, INC. | Plaintiff |
| LA TRIM & RUGS, INC. | Defendant |

July 12, 2019
Date

/s/ Edward C. Schewe
Signature

Attorney of record for (or name of party appearing in pro per):

LA TRIM & RUGS, INC.