# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | CV 19-01211-AB (MAAx) | Date: | April 10, 2020 |
|---|---|---|---|

| Title: | *American Cover Design 26, Inc. v. LA Trim & Rugs, Inc. dba LA Rug Linens, a California corporation, et al.* |
|---|---|

Present: The Honorable    **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**    **[In Chambers] Order Approving and Adopting Plaintiff's Amended Schedule of Pretrial and Trial Dates Worksheet**

Pursuant to the Court's Grant in-Part of Plaintiff American Cover Design 26, Inc.'s ("Plaintiff") *Ex Parte* Application to Modify the Scheduling Order (Dkt. No. 32), allowing a 45-day continuance of all dates in this action, the Court hereby **APPROVES** and **ADOPTS** Plaintiff's Amended Schedule of Pretrial and Trial Dates Worksheet, attached hereto.

**IT IS SO ORDERED**.

# JUDGE ANDRÉ BIROTTE JR.
## SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
**The Court ORDERS the parties to make every effort to agree on dates.**

| Case No. 2:19-cv-01211-AB-MAA | Case Name: American Cover Design 26, Inc. v. L.A. Trim & Rugs, Inc. | | |
|---|---|---|---|

| Trial and Final Pretrial Conference Dates | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
|---|---|---|---|
| Trial | | | 10/6/2020 at 8:30 a.m. [X] Jury Trial [ ] Court Trial 4-6 Days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine | | | 9/18/2020 at 11:00 a.m. |

| Event [1] *Note:* Hearings shall be on Fridays at 10:00 a.m. Other dates can be any day of the week. | Weeks Before FPTC | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
|---|---|---|---|---|
| Last Date to *Hear* Motion to Amend Pleadings /Add Parties [Friday] | | | | 4/27/2020 |
| Non-Expert Discovery Cut-Off **(no later than deadline for *filing* dispositive motion)** | 17 | | | 5/18/2020 |
| Expert Disclosure (Initial) | | | | 6/1/2020 |
| Expert Disclosure (Rebuttal) | | | | 6/15/2020 |
| Expert Discovery Cut-Off | 12[2] | | | 6/22/2020 |
| Last Date to *Hear* Motions [Friday]<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 12 | | | 6/22/2020 |
| Deadline to Complete Settlement Conference [L.R. 16-15] Select one: [ ] 1. Magistrate Judge *(with Court approval)* [ ] 2. Court's Mediation Panel [ ] 3. Private Mediation | 10 | | | 7/6/2020 [ ] 1. Mag. J. [X] 2. Panel [ ] 3. Private |
| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*<br>• Declarations containing Direct Testimony, if ordered *(court trial only)* | 3 | | | 8/24/2020 |
| **Trial Filings (second round)**<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial only)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>• Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | 2 | | | 8/31/2020 |

[1] The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order. <u>Class actions and patent and ERISA cases in particular may need to vary from the above.</u>

[2] The parties may wish to consider cutting off expert discovery prior to the deadline for *filing* an MSJ.