JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| American Cover Deisgn 26, Inc., <br><br> Plaintiff, <br><br> v. <br><br> LA Trim & Rugs, Inc., <br><br> Defendant. | Case No. CV 19-01211-AB (MAAx) <br><br> **ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 20, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.